UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
STATE OF NEW YORK, et al.,                           )
                                                     )
       Plaintiffs,                                )          Civil Action
                                                     )          No. 13 -1553 (GK)
       v.                                         )
                                                     )          and consolidated case
GINA MCCARTHY, Administrator,                        )
Environmental Protection Agency, and                 )          Civil Action
ENVIRONMENTAL PROTECTION AGENCY,                     )          No. 13 -1555 (GK)
                                                     )
       Defendants.                                )
_____)

## JOINT MOTION TO EXTEND TIME FOR FILING MOTION FOR LITIGATION COSTS AND ATTORNEYS' FEES

Plaintiffs American Lung Association; Environmental Defense Fund; Clean Air Council; and Environment and Human Health, Inc. (jointly referred to as "Environmental Plaintiffs"); and Defendant Gina McCarthy, Administrator of the United States Environmental Protection Agency ("EPA"), file this motion requesting that the Court extend the date by when Environmental Plaintiffs may file a motion for costs of litigation (including attorneys' fees) for activities performed prior to entry of the Partial Consent Decree, ECF # 29.

1. The Partial Consent Decree was entered by this Court on July 7, 2014.

2. Under Paragraph 5 of the Partial Consent Decree, the deadline for the filing of any motion for litigation costs (including attorneys' fees) for activities performed prior to the entry of the decree was extended for a period of 120 days, until November 18, 2014.

3.  Environmental Plaintiffs and EPA are engaged in settlement discussions concerning litigation costs and attorneys' fees, which may eliminate the need for adjudication of this issue by the Court.

4.  Environmental Plaintiffs and EPA request that the deadline for any motion for attorneys' fees and costs be extended three (3) months to and including February 18, 2014.

5.  Counsel for Environmental Plaintiffs contacted counsel for Intervenor Hearth, Patio, and Barbecue Association ("HPBA"), and is authorized to state that HPBA does not oppose this motion.


DATED: November 18, 2014


/s/  Timothy D. Ballo
Timothy D. Ballo
Earthjustice
1625 Massachusetts Avenue, NW, Suite 702
Washington, DC  20036
tballo@earthjustice.org

Counsel for Environmental Plaintiffs


Robert G. Dreher
Acting Assistant Attorney General

/s/  Eileen T. McDonough
Eileen T. McDonough
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
eileen.mcdonough@usdoj.gov

Scott Jordan
U.S. Environmental Protection Agency
William Jefferson Clinton North Building
1200 Pennsylvania Avenue, NW
Mail Code: 2344A
Washington, D.C. 20460
jordan.scott@epa.gov

Counsel for EPA

**CERTIFICATE OF SERVICE**


      I certify that on November 18, 2014, I served the foregoing Joint Motion to Extend Time

for Filing Motion for Litigation Costs and Attorneys' Fees upon counsel of record through the

Court's electronic filing system (ECF/CM).


            /s/ Timothy D. Ballo\
            Counsel for Environmental Plaintiffs